**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   10-cv-01573-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   December 20, 2010 | **Courtroom Deputy:**   Linda Kahoe |

UNITRIN AUTO AND HOME                                     George S. McCall
INSURANCE COMPANY,                                            Sondra Shey Rosebrock

      Plaintiff/Counter Defendant,

      v.

RICHARD LINDEBERG, *et al.,*                             Steven Robert Schumacher
SEAN CHEESE,                                                              Ronald Harry Nemirow
                                                                                                      Gregory Frank Szydlowski

      Defendants/Counter Claimants,

DOUGLAS MILLS, *et al.,*                                        Patrick J. DiBenedetto

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        11:33 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.  Mr. McCall states the case has settled.

Discussion regarding Defendant and Counterclaim Plaintiff Sean Cheese's Motion for Stay of Proceedings, doc #[30], filed 11/16/2010.  The court states the Motion has not been referred.

Mr. Nemirow makes an oral motion to withdraw the Motion for Stay.  Counsel state no objection.

**ORDERED:**   The oral motion to withdraw the Motion for Stay is **GRANTED.**  Defendant and Counterclaim Plaintiff Sean Cheese's Motion for Stay of Proceedings, doc #[30], is **WITHDRAWN.**

**ORDERED:**   A Stipulated Motion to Dismiss shall be filed on or before **JANUARY 15, 2011.**

HEARING CONCLUDED.
**Court in recess:        11:37 a.m.**
Total time in court:        00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.